IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AARON S. BURNS,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0923

Opinion filed July 9, 2014.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Aaron S. Burns, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

  The petition alleging ineffective assistance of appellate counsel is denied on the

merits.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.